# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2495.  BOB VAUGHAN v. MARIA DARLENE VAUGHAN.**

The trial court awarded attorney fees under OCGA§ 9-15-14 to Maria Darlene Vaughan in this child custody dispute.  She later filed a motion to hold her ex-husband, Bob Vaughan, in contempt for failure to pay the fees.  Vaughan claimed that his recent bankruptcy filing discharged his obligation to pay the fees.  The trial court entered an order finding that Bob Vaughan remained obligated to satisfy the fee award, but declining to find him in contempt.  Bob Vaughan then filed this direct appeal.

OCGA § 5-6-35 (a) (2) provides that appeals in domestic relation cases must be brought by application for discretionary appeal.  Because Bob Vaughan failed to follow the discretionary appeal procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.[1]  See *Fitzgerald v. Department of Human Resources,* 231 Ga. App. 129 (497 SE2d 659) (1998).

---

[1]We note that although this is a custody case, a direct appeal is not authorized under OCGA § 5-6-34 (a) (11) because the order to be appealed does not award, refuse to change, or modify child custody or hold a person in contempt of an order awarding, refusing to change, or modifying child custody



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/04/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*